**Norman LABERGE, Petitioner,**

v.

**DEPARTMENT OF the NAVY, Respondent.**

No. 02–3352.

United States Court of Appeals, Federal Circuit.

June 6, 2003.

Rehearing En Banc Denied Aug. 22, 2003.

Before LOURIE, RADER, and DYK, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**Ira L. FRANK, Petitioner,**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

No. 02–3245.

United States Court of Appeals, Federal Circuit.

June 6, 2003.

Before MAYER, Chief Judge, GAJARSA and LINN, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.